ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE FROST,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-cv-01753-FJS<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of two (2) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of July 22, 2026 to the new date of July 24, 2026. Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's second request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response given competing workload requirements. Given competing workload requirements

including multiple briefs due this week an extension until July 24, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. Counsel for Defendant also will be unexpectedly out of office for much of tomorrow. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: July 21, 2026

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: July 21, 2026

By: *s/ Francesco Benavides*
Francesco Benavides
Law Offices of Francesco Benavides
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to the parties' stipulated motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 24, 2026, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE